1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10                            **WESTERN DIVISION**
11
12   FREDY S. GUERRA,                    )   No. CV 17-2193-AB (PLA)
                                          )
13                  Petitioner,           )   **JUDGMENT**
                                          )
14           v.                           )
                                          )
15   NEIL McDOWELL, Warden,               )
                                          )
16                  Respondent.           )
                                          )
17   _____)

18          Pursuant to the order accepting the magistrate judge's report and recommendation,
19   IT IS ADJUDGED that the petition is denied and dismissed with prejudice.
20
21
22
23   DATED: September 18, 2017
                                          _____
24                                        HONORABLE ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28